

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2013

**BY E-MAIL**  (ForrestNYSDChambers@nysd.uscourts.gov)

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 27 2013

> Re:  **In Re: 650 Fifth Avenue and Related Properties,**
> **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

The Government respectfully submits this letter to respectfully request that the transcript from the August 7, 2013 Status Conference, which was previously ordered sealed by Your Honor, be unsealed with the exception of specific pages discussing the Federal Bureau of Investigation's ("FBI") Confidential Human Source.

Specifically, the Government respectfully requests that pages 23, 24, 63, 73, 75, 76, 82, and 84 of the August 7, 2013 transcript remain sealed pursuant to the Confidentiality Order. The Government respectfully requests that these pages of the transcript relating to the FBI's Confidential Human Source remain under seal until further order of the Court.

Relatedly, during the September 4, 2013 Final Pre-Trial Conference, certain matters subject to the Confidentiality Order were discussed on the record relating to the FBI's Confidential Human Source. Accordingly, the Government respectfully requests that portions of the transcript from September 4, 2013 be filed under seal, with copies available to counsel of record in this matter subject to the terms of the Confidentiality Order.

Specifically, the Government respectfully requests that pages 16, 72, and 77–83 be sealed pursuant to the Confidentiality Order. All of these pages contain information that has been designated as Confidential by the Government, specifically information relating to the FBI's Confidential Human Source.

Accordingly, the Government respectfully requests that these pages of the transcript relating to the FBI's Confidential Human Source remain under seal until further order of the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:    */s/ Anand Sithian*
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys
Anand Sithian
Special Assistant United States Attorney
(212) 637-1060/2193/2463/2740/1085

cc:    Counsel of Record (via e-mail)

---

*Ordered*

Application granted.

9/26/13    K. B. F.
               USDJ